# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERIC VONJOHL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILKERSON et al.,<br><br>Defendants. | Case No. ED CV 25-02432-PA (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Complaint be DISMISSED with prejudice.

Date:  February 2, 2026

PERCY ANDERSON
United States District Judge