JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ERIC VONJOHL,

　　　　Plaintiff,

　　　　　　v.

JOHN WILKERSON et al.,

　　　　Defendants.

Case No. ED CV 25-02432-PA (DFM)

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice.

Date:  February 2, 2026

_____
PERCY ANDERSON
United States District Judge